

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable O. S. Arnold
County Attorney, Coke County
Robert Lee, Texas

Dear Sir:

Opinion No. O-5641
Re: Procedure in delinquent
tax suits.

Your letter of September 28, 1943, requesting the opinion of this department on the question stated therein reads as follows:

"I would like to have your opinion with reference to issuance and service of Citations and return of officer executing same, governing in suits for delinquent taxes.

"In view of Rule 2 Rules of Practice and Procedure in Civil Actions, it would seem that no change was made in the procedure governing the issuance of Citations, service and returns in such cases, however in view of Rule 101, 106 and 107, it appears that all Citations served, should be accompanied by a copy of plaintiff's Petition.

"What I want your opinion on, is whether or not such Citations in suits for delinquent taxes, when directed to a defendant residing in the County where such suit is filed, should be accompanied by a copy of plaintiff's petition to be delivered to the defendant with a true copy of the Citation."

Rules 2, 101, 106 and 107 of the Texas Rules of Civil Procedure are as follows:

"These rules shall govern the procedure in the justice, county, district and appellate

Honorable G. S. Arnold,   page 2

courts of the State of Texas in all actions
of a civil nature, with such exceptions as may
be hereinafter stated.  Where any statute in
effect immediately prior to September 1, 1941,
prescribed a rule of procedure in lunacy, guard-
ianship, or estates of decedents, or any other
probate proceedings in the county court differ-
ing from these rules, such statute shall apply.
All statutes in effect immediately prior to
September 1, 1941, prescribing rules of proce-
dure in bond or recognizance forfeitures in
criminal cases are hereby continued in effect
as rules of procedure governing such cases, but
where such statutes prescribed no rules of pro-
cedure in such cases, these rules shall apply.
All statutes in effect immediately prior to
September 1, 1941, prescribing rules of proce-
dure in tax suits are hereby continued in effect
as rules of procedure governing such cases,
but where such statutes prescribed no rules
of procedure in such cases, these rules shall
apply."

"Rule 101.  The citation shall be styled
'The State of Texas' and shall be directed to
the defendant and shall command him to appear
and answer the plaintiff's petition at or
before 10 o'clock a.m. of the Monday next
after the expiration of 20 days from the date
of service thereof, stating the place of holding
the court.  It shall state the date of the
filing of the petition, its file number and
style of the case, and the date of issuance
of the citation be signed and sealed by the
clerk, and shall be accompanied by a copy of
plaintiff's petition.  The citation shall further
direct that if it be not served within 90 days
after date of its issuance, it shall be returned
unserved.  The party filing any pleading upon
which citation is to be had shall furnish the
clerk with a sufficient number of copies thereof
for use in serving the parties to be served, and
when the copies are so furnished the clerk shall
make no charge therefor."

"Rule 106.

"Unless it otherwise directs, the cita-
tion shall be served by the officer delivering
to each defendant, in person, a true copy of
the citation with the date of delivery endorsed
thereon and with a copy of the petition attached
thereto.

"Rule 107.  The return of the officer execut-
ing the citation shall be indorsed on or attached
to the same; it shall state when the citation was
served and the manner of service, and shall certify
that a true copy of the citation with the accompany-
ing copy of the petition was delivered to the defend-
ant, and be signed by him officially.  When the
citation has not been served, the return shall show
the diligence used by the officer to execute the same
and the cause of failure to execute it, and where the
defendant is to be found, if he can ascertain.  No
default judgment shall be granted in any cause until
the citation, with the officer's return thereon,
shall have been on file with the clerk of the court
ten days, exclusive of the day of filing and the
day of judgment."

Article 7328-1, Vernon's Annotated Civil Statutes,
is a specific statute relating to forms and certain procedure
in delinquent tax suits.  This department held in Opinion
No. 0-3948 "that Article 7328-1 is still in force and effect
and said statute has not been repealed or amended by the new
Rules of Practice and Procedure in civil actions promulgated
by the Supreme Court of this State."

In order to answer your question it is necessary
to consider Articles 7328-1 and 7345b, of Vernon's Annotated
Civil Statutes of Texas, and the effect of the Texas Rules
of Civil procedure upon these statutes.

Heretofore this department has rendered an
opinion (No. 0-4245a) discussing at length the form of cita-
tions in delinquent tax suits, the returns of such citations,
etc.  In that Opinion (No. 0-4245a) a copy of which is enclosed
herewith, it is stated among other things:

Honorable G. S. Arnold,  page 4

". . ."since there were two specific statutes
(article 7328-1, Section 5 and Article 7345-b
Section 3, supra governing citations in tax
suits in force and effect immediately prior
to September 1, 1941, the original date when
the Texas Rules of Civil Procedure became
effective, we think that it is doubtful that
the Texas Rules of Civil procedure are appli-
cable generally to citations in tax suits. . ."

However said opinion does not specifically pass on the
question presented by you.  The appellate courts of this
State, insofar as we have been able to determine, have
not passed upon the question under consideration.  After
carefully considering the foregoing statutes and the Texas
Rules of Civil Procedure we doubt that it is necessary for
citations to be accompanied by a copy of plaintiff's
petition when such citations are directed to defendants
residing in the county where such suits are filed.  However,
until our courts have decided the question it is our opinion,
that as a matter of precaution the citations should be ac-
companied by a copy of plaintiff's petition when such cita-
tions are directed to defendants residing in the county
where the suits are filed.

Very truly yours

APPROVED OCT 16, 1942

ATTORNEY GENERAL OF TEXAS

FIRST ASSISTANT
ATTORNEY GENERAL

By  Ardell Williams

Ardell Williams
Assistant

AW:ncd

